IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK THREATTS,

   Plaintiff

                            CASE NO.: 4:18-cv-00291-MW-CAS

-vs-

VERIZON COMMUNICATIONS, INC.
et al.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Mark Threatts, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: August 8, 2018

                                            /s/Octavio Gomez
                                            Octavio Gomez, Esq.
                                            Florida Bar No.: 338620
                                            Janelle Neal, Esq.
                                            Florida Bar No.: 774561
                                            TGomez@ForThePeople.com
                                            JNeal@forthepeople.com
                                            Morgan & Morgan, Tampa, P.A.
                                            201 N. Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Tele: (813) 223-5505
                                            Fax: (813) 223-5402
                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of August, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

                                        */s/Octavio Gomez*
                                        Octavio Gomez, Esq.
                                        Florida Bar No.: 338620