UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK THREATTS

    VS                                                       CASE NO.  4:18cv291-MW/CAS

VERIZON COMMUNICATIONS,
INC., et al.,

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

| August 9, 2018 | s/ Victoria Milton McGee |
|---|---|
| DATE | Deputy Clerk: Victoria Milton McGee |